NUMBER 13-05-130-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE BROWNSVILLE MEDICAL CENTER ET AL. 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Brownsville Medical Center, et al., filed a motion for emergency relief
and petition for writ of mandamus in the above cause on February 18, 2005. That
same day, the Court took the motion for emergency relief under consideration and
granted it, ordering a temporary stay of the production of documents. Trial itself was
not stayed. The Court requested that real parties in interest file a response to relator’s
petition for writ of mandamus on or before Tuesday, February 22, 2005, at 5:00 p.m. 
          The Court, having examined and fully considered the petition for writ of
mandamus, the response, the reply thereto, and subsequent filings, is of the opinion
that relators have not shown themselves entitled to the relief sought and the petition
for writ of mandamus should be denied. See Tex. R. App. P. 52.8. Accordingly, the
stay is hereby ordered LIFTED. The petition for writ of mandamus is DENIED.
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 24th day of February, 2005.